UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KELLY WHEELER, | Case No. 1:19-cv-01461-LJO-JDP |
|---|---|
| Plaintiff, | ORDER CLOSING CASE |
| v. | |
| FINANCIAL CREDIT NETWORK, | |
| Defendant. | |

On December 16, 2019, the plaintiff in this case filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). ECF No. 7. Because no defendant has served either an answer or a motion for summary judgment, voluntary dismissal is proper.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice;

2. All pending motions are terminated; and

3. The clerk is directed to close this case.

IT IS SO ORDERED.

Dated: **January 2, 2020**          **/s/ Lawrence J. O'Neill**
                                             UNITED STATES CHIEF DISTRICT JUDGE

1